**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**Case Number: 8:26-cv-03018-BHH**

| | |
|---|---|
| Bridgett Martin, Individually and as parent and Natural Guardian of B.M., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>United Parcel Services, Inc.,<br><br>Defendant. | **DEFENDANT'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Pursuant to Local Rule 26.01, Defendants hereby answers the following Interrogatories:

(A) State the full name, address and telephone number of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: None known to the Defendants.**

(B) As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE: Both the Plaintiff and Defendants have requested trial by jury and all claims are triable by jury.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: United Parcel Service, Inc. is a publicly owned company.**
**(1) None.**
**(2) None.**
**(3) None.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division) See Local Civil Rule 3.01.

**RESPONSE: Plaintiff commenced this action in District Court based on diversity under 28 U.S.C. §1332(a).**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**RESPONSE: None known to the Defendants.**

(F) If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleadings reflecting the correct identification.

**RESPONSE: The Defendants are properly identified.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: N/A.**

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE: The Defendant, United Parcel Services, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Georgia.**

Respectfully Submitted,

Wilson S. Sheldon (Fed. I.D. 05464)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
Telephone: (864) 672-3712
Facsimile: (864) 373-7055
Email: wssheldon@wjcblaw.com
**ATTORNEY FOR DEFENDANT**

October 22, 2026